# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| BRYAN P. SPENCE, individually and as a representative of a class of similarly situated persons, and on behalf of the AMERICAN AIRLINES, INC. 401(K) PLAN and the AMERICAN AIRLINES, INC. 401(K) PLAN FOR PILOTS, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, INC., the AMERICAN AIRLINES EMPLOYEE BENEFITS COMMITTEE, FIDELITY INVESTMENTS INSTITUTIONAL, and FINANCIAL ENGINES ADVISORS, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Case No. 4:23-cv-00552-O |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bryan P. Spence voluntarily dismisses Defendant Financial Engines from the above-captioned matter. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted.

/s/ Andrew B. Stephens
HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com
ANDREW B. STEPHENS
Texas Bar No. 24079396

andrew@hackerstephens.com
HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)

REX A. SHARP
Texas Bar No. 18118800
rsharp@midwest-law.com
SHARP LAW LLP
4280 West 75th St.
Prairie Village, Kansas 66208
(913) 901-0505

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
