IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRYAN P. SPENCE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00552-O |
| § | |
| AMERICAN AIRLINES, INC., *et al.*, § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Status Conference (the "Motion") (ECF No. 116). Plaintiff's Motion seeks a conference regarding the status of the Motion for Class Certification (ECF No. 59), which came ripe on January 26, 2024. In light of the Court's May 22, 2024 Order certifying the proposed class in this case (ECF No. 122), the Court finds Plaintiff's Motion **MOOT**.

**SO ORDERED** on this **22nd day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE