IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRYAN P. SPENCE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00552-O |
| § | |
| AMERICAN AIRLINES, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Permit Certain Defendants' Excess Insurers to Attend the Parties' Settlement Conference Telephonically (the "Motion") (ECF No. 117). Because Defendants maintain a tiered structure of liability insurance policies whereby coverage under each successive tier is only available after the policy limits of any prior tiers have been expended, the Motion seeks permission for only the first three tiers to attend the settlement conference in person. Representatives from the remaining tiers would participate in the conference by telephone. Noting that Plaintiff is unopposed and finding good cause to excuse the in-person attendance requirement certain insurers, the Court **GRANTS** the Motion.

SO ORDERED on this **22nd day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE